## SHAW v. ILLINOIS.

No. 665, Misc.   Decided March 10, 1969.

*Gerald W. Getty* and *Marshall J. Hartman* for petitioner.

*William G. Clark,* Attorney General of Illinois, and *John J. O'Toole,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the Appellate Court of Illinois, First District, for further consideration in light of *Smith* v. *Illinois,* 390 U. S. 129.

MR. JUSTICE BLACK and MR. JUSTICE WHITE are of the opinion that certiorari should be denied.

## WATTS v. MARYLAND.

No. 1267, Misc.   Decided March 10, 1969.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.